## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>TANYA Y. MCNEIL; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-05170<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served TANYA Y. MCNEIL the above process on the 9 day of January, 2017, at 10:33 o'clock, AM, at 1922 WEST HILTON STREET PHILADELPHIA, PA 19140, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____ 2) _____ 3) _____

Commonwealth/State of __Pa__

County of __Berks__   ) SS:

Before me, the undersigned notary public, this day, personally, appeared __Eric Afflerbach__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158056
Case ID #: 4781882

Subscribed and sworn to before me this __9__ day of __Jan__, 20__17__

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO/Brittni A

USPS Manifest Mailing System                                                                 Page   1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123<br><br>Sequence Number<br>5609-1 | | MAC Ver. Number<br>ConnectShip Progistics 6.5<br><br>Class of Mail<br>Mixed | | | | |
|---|---|---|---|---|---|---|---|
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703753194483<br>9171999991703753194483 | MCNEIL, TANYA Y.<br>1922 West Hilton Street<br>Philadelphia, PA 19140 | ERR<br>C | 2.960 | 1.40<br>3.45 | | | 7.81 |
| 9171999991703753194490<br>9171999991703753194490 | PALMER, BERNARD M.<br>5628 Pentridge Street<br>Philadelphia, PA 19143 | ERR<br>C | 2.960 | 1.40<br>3.45 | | | 7.81 |
| Page Totals<br>Cumulative Totals | 2<br>2 | | 5.92<br>5.92 | 9.70<br>9.70 | | | 15.62<br>15.62 |

[Round stamp: PHILA, PA 19106 / JAN -5 2017 / USPS CONTINENTAL STATION]

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____        Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)                 Extra Service Codes:
                                         C       Certified
                                         ERR     Return Receipt

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
- ☐ Certified
- ☐ COD
- ☐ Delivery Confirmation
- ☐ Express Mail
- ☐ Insured
- ☐ Recorded Delivery (International)
- ☐ Registered
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | |
| 3. | | TO TANYA MCNEIL, MCNEIL, TANYA Y. 1922 West Hilton Street Philadelphia, PA 19140 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 19106 $ 001.35⁰
02 1W
0001391829 JAN. 05. 2017

USPS CONTINENTAL STATION JAN -5 2017 PHILA, PA 19106

Total Number of Pieces Listed by Sender ⟨1⟩  Total Number of Pieces Received at Post Office _____  Postmaster, Per (Name of receiving employee) _____

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen

USA-158056   Philadelphia County   Sale Date:

TANYA Y. MCNEIL

PCO- Back to Brittni Augustin